CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)


DATE 16 October 2025

**Mrs Khadijah Hussen I Sidki**

**Holland Holding Company Limited**

# Deed of Assignment

withers LLP

20 Old Bailey, London EC4M 7AN
Telephone: +44 (0)20 7597 6000
Fax: +44 (0)20 7597 6543
DX 160 London/Chancery Lane
www.withersworldwide.com

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

**Contents**


1. Assignment ........ 1
2. Further assurance ........ 1
3. Governing law ........ 1
4. Jurisdiction ........ 1


This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

**DATE** 16 October **2025**

**PARTIES**

(1) **Mrs Khadijah Hussen I Sidki** of [redacted] Jeddah [redacted] (the '**Assignor**');

(2) **Holland Holding Company Limited** incorporated and registered in the Jersey under registered number 161596 (the '**Assignee**').

**RECITALS**

(A) The Assignor is entitled to recover various sums and/or assets owned and/or once owned or controlled by, or held on behalf of, her late husband, Abdulhadi H. Taher, which sums and/or assets ultimately passed to his estate and/or to trusts or other entities and/or to other third parties during his life or after his death (the '**Claim**').

(B) The Assignee is not a stranger to the Claim but rather is an entity managed and financed by particular relatives of Assignor and formed for the benefit of Assignor's heirs who have an interest in her future estate and the Claim. Thus, this assignment does not violate the doctrine of champerty codified in New York's Judiciary Law § 489.

(C) The Assignor wishes to assign to the Assignee all her rights, benefits, interest and entitlements in or to the Claim, all benefits to be derived from the Claim and all the Assignor's interest in the Claim and in the rights and monies sought to be enforced and recovered in the Claim, of any nature whatsoever, upon the terms that the Assignee shall pay to the Assignor a sum equal to £1 and shall take upon itself the further prosecution of the Claim and liabilities for the costs of the Claim.

(D) Therefore, subject to and on the terms and conditions set out in this Deed, the Parties have agreed that the Assignor shall assign to the Assignee all its rights, benefits, interest and entitlements in or to the Claim, of any nature whatsoever.

**OPERATIVE PROVISIONS**

**1. Assignment**

The Assignor hereby absolutely and irrevocably assigns all its rights, title, interest, and benefit in and to the Claim, of any nature whatsoever, to the Assignee.

**2. Further assurance**

Each party shall use all reasonable endeavours to procure that any necessary third party shall, execute and deliver such documents and perform such acts as may reasonably be required to give full effect to this Deed.

**3. Governing law**

This Deed and any dispute or claim (including non-contractual disputes or claims) arising out of or in connection with it or its subject matter or formation shall be governed by and construed in accordance with the law of the state of New York.

**4. Jurisdiction**

Each party irrevocably agrees that the courts in the state of New York, including New York's state and federal courts, shall have exclusive jurisdiction to settle any dispute or claim (including non-

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

contractual disputes or claims) arising out of or in connection with this Deed or its subject matter or formation.

This document has been executed as a deed and is delivered and takes effect on the date stated at the beginning of it.

Signed as a deed by )

| | | |
|---|---|---|
| **Khadijah Hussen I Sidki** | ) | خديجة صدقي |
| in the presence of | | |

| | |
|---|---|
| Witness | Tarik Shokry |
| Signature | [illegible] |
| Name | Tarik Shokry |
| Address | Prince Saud AL |
| | Faisal st, ARawdah Dist |
| | Jeddah 2190 |
| Occupation | HR AL-Siraj holding gr. |

Executed as a deed by )

**Holland Holding Company Limited** )
)

[illegible] [illegible]

Samantha Godwin Chris Fry
Authorised Representatives of JTC Directors Limited and Castle Directors Limited as Corporate directors of the Company



This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.