UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLLAND HOLDING COMPANY, LTD.,
Plaintiff,

-v-

MERRIMAC CORPORATION, HASSAN ABDULHADI TAHER, LOUIS AROVAS, SUHA ABDUL'AL, AND DOES 1 THROUGH 25
Defendants.

26-CV-8221 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 21, 2026, Defendant Merrimac Corporation ("Merrimac") removed this case to this Court from New York state court, invoking federal diversity jurisdiction pursuant to 28 U.S.C. § 1332. (ECF No. 1.) On September 22, 2026, the Court ordered Merrimac to show cause why the action should not be remanded to state court pursuant to 28 U.S.C. § 1447(c). (ECF No. 4.) On September 28, 2026, Merrimac consented to remand of the action to state court without prejudice. (ECF No. 5.) Accordingly, this case is remanded without prejudice to New York Supreme Court, New York County, pursuant to 28 U.S.C. § 1447(c).

SO ORDERED.

Dated: October 5, 2026
New York, New York

J. PAUL OETKEN
United States District Judge